IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:19mj258-SLO |
| v. | : | |
| TIFFANY WHITE | : | ORDER UNSEALING CRIMINAL COMPLAINT, AFFIDAVIT, AND ARREST WARRANT |

IT IS HEREBY ORDERED that the Criminal Complaint, Affidavit, and Arrest Warrant in the above captioned case filed herein and ordered sealed by the order of this court on May 7, 2019, be unsealed by the Clerk of Courts.

_____
SHARON L. OVINGTON
U.S. Magistrate Judge